UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 16  P 12: 03

CLERK'S OFFICE
AT BALTIMORE

Y_____ DEPUTY

December 13, 2002

MEMORANDUM TO MS. WHITE RE:   United States of America v.
$1,303.00 U.S. Currency
Civil #L-02-2723

Dear White:

   Pursuant to this Court's Order of November 26, 2002, a status report was due on December 10, 2002. To date, no report has been filed. Accordingly, the written report is due on or before December 20, 2002.

   Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File

