

U.S. Department of Justice

FILED
United States Attorney
DISTRICT OF MARYLAND
District of Maryland
Northern Division
2002 DEC 20  P 3: 52

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

*Thomas M. DiBiagio*
*United States Attorney*

*Angela R. White*
*Assistant United States Attorney*

6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

410-209-4800
TTY/TDD:410-962-4462
410-209-4862
FAX 410-962-3091

December 17, 2002

Honorable Benson E. Legg
United States District Judge
101 W. Lombard Street
Baltimore, MD 21201

    RE: United States v. $1,303.00 U.S. Currency
        Case No. L-02-2723

Dear Judge Legg:

    This letter is to provide an update on the above referenced case. There is a related criminal case, S-02-0163, which the parties are attempting to resolve by way of a plea agreement. If the parties reach an agreement in the criminal case, the currency in this civil case will be forfeited as part of the agreement. I anticipate receiving a final answer on the criminal plea agreement not later than December 27, 2002.

    In addition, the government filed interrogatories in this matter on or about December 12, 2002, in the event that the parties are not able to reach an agreement in this matter. I will notify the Court on or before December 30, 2002, regarding the disposition of the currency.

                  Very truly yours,

                  Thomas M. DiBiagio
                  United States Attorney

                  By: _____
                      Angela R. White
                      Assistant United States Attorney

cc: Thomas Crowe

APPROVED THIS _19TH_ DAY OF _December, 2002_

_____
BENSON EVERETT LEGG, U.S.D.J.