IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. L-02-2723 |
| | * | |
| $1,303.00 U.S. CURRENCY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \*

**FINAL ORDER OF FORFEITURE**

IT IS ORDERED, ADJUDGED, AND DECREED on this 16TH day of January 2003 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. 2465;

4. The defendant property is condemned and all rights, title, and interest of Byron Brooks, and any and all other persons is **HEREBY FORFEITED** to the United States of America.

5. The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the agreement annexed to the government's motion.

6. The clerk of the court shall provide copies of this order to counsel of record.

7. The Clerk shall close the Case.

_____
Benson E. Legg
United States District Judge